**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| VOIT TECHNOLOGIES, LLC, | § § § § | |
| *Plaintiff,* | | |
| vs. | § § § § § | Case No: 4:16-CV-00695-ALM |
| DRUCKER LABS, LP, | | |
| *Defendant.* | | |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Voit Technologies, LLC and Defendant Drucker Labs, LP (Plaintiff and Defendant each a "Party" and collectively "the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement and state as follows:

1. The Parties have settled their dispute in the above captioned litigation. Upon satisfaction of the terms of the Parties' settlement agreement, to which Defendant still has executor obligations, the Parties' will file an appropriate stipulation to dismissal with prejudice, with each Party to bear its own costs and attorneys' fees. The Parties expect that all executor obligations will be satisfied by August 31, 2017.

2. In light of the settlement and the anticipated dismissal of this action, the Parties jointly request the Court to enter an order staying all unreached hearings and deadlines in this action, including those contained in the Court's Scheduling Order [DE 23], for a period of sixty (60) days from the date of signing an order granting this Motion so that appropriate dismissal papers may be submitted to the Court.

WHEREFORE, Plaintiff and Defendant respectfully request the Court to grant this Joint Motion to Stay All Deadlines and enter an order staying all unreached hearings and deadlines in this action, for a period of sixty (60) days from the date of signing an order granting this Motion and for such other and further relief as the Court deems just and appropriate.

Dated: July 28, 2017.

| Respectfully submitted | Respectfully submitted, |
|---|---|
| */s/ David F. Tamaroff* | */s/ Theodore F. Shiells* |
| David F. Tamaroff, Esq. (Fla. Bar: 92084) | Theodore F. Shiells, Esq. (TX Bar: 00796087) |
| Email: dt@lipscombpartners.com | Email: tfshiells@shiellslaw.com |
| Angela M. Lipscomb, Esq. (Fla. Bar: 31111) | SHIELLS LAW FIRM P.C. |
| Email: al@lipscombpartners.com | Pacific Place Building |
| Alberto Interian, III (Fla. Bar: 69123) | 1910 Pacific Avenue, Suite 14000 |
| Email: ai@lipsombpartners.com | Dallas, Texas 75201 |
| LIPSCOMB & PARTNERS, PLLC | Telephone:  (214) 979-7312 |
| 25 S.E. 2nd Avenue, 8th Floor | Facsimile:  (214) 949-7301 |
| Miami, Florida 33131 | *Attorneys for Defendant* |
| Telephone: (786) 431-2228 | |
| Facsimile: (786) 431-2229 | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all parties or counsel of record through this system.

By:   */s/ David F. Tamaroff* .
        David F. Tamaroff, Esq.